The Security Bank of New York, Appellant, *v.* Herman Finkelstein, Respondent.

*Security Bank of New York* v. *Finkelstein,* 160 App. Div. 315, affirmed.

(Argued March 10, 1916; decided March 24, 1916.)

Appeal, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1913, which affirmed a determination of the Appellate Term affirming a judgment of the City Court of the city of New York in favor of defendant entered upon a verdict. The action was brought on February 19, 1912, to recover a balance upon a promissory note made by the defendant on January 3, 1905, payable on demand. The answer, *inter alia,* pleads the Statute of Limitations, which was the only issue tried.

*George P. Breckenridge* for appellant.

*Charles Goldzier* and *Max Schenkman* for respondent.

Order affirmed, with costs; no opinion.

Concur: Willard Bartlett, Ch. J., Hiscock, Chase, Cuddeback, Hogan, Cardozo and Pound, JJ.